Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorney for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

MALIBU MEDIA, LLC,

           Plaintiff,

v.                                        Civil Action No. 2:14-cv-03968-SDW-SCM

SALMAN RIAZ,

           Defendant.

### PLAINTIFF'S NOTICE OF SETTLEMENT
### WITH DEFENDANT SALMAN RIAZ

**PLEASE TAKE NOTICE,** Plaintiff, Malibu Media, LLC, has settled this matter with Defendant, Salman Riaz, subscriber assigned IP address 69.248.91.104 ("Defendant"). Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated: February 10, 2014

                                                          Respectfully submitted,

                                                          By:   /s/ *Patrick J. Cerillo*
                                                          Patrick J. Cerillo
So Ordered                                 pjcerillolaw@comcast.net
this 11th day of February 2015     4 Walter Foran Blvd.
                                                          Suite 402
Susan D. Wigenton, U.S.D.J.            Flemington, NJ 08822

1